3 So.2d 136

**STATE v. Chas. H. McFARLING and Lee McAllister.**

**6 Div. 891.**

Supreme Court of Alabama.

June 26, 1941.

Thos. S. Lawson, Atty. Gen., and Jas. F. Matthews, Asst. Atty. Gen., for the petition.

Erle Pettus, of Birmingham, opposed.

LIVINGSTON, Justice.

Petition of the State of Alabama, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of State v. McFarling et al., 3 So.2d 135.

Writ denied.

GARDNER C. J., and BOULDIN and FOSTER, JJ., concur.